IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR397** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DANA ADVIENTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for a psychiatric evaluation and to determine mental competency to stand trial (Filing No. 29). The request for a psychiatric evaluation was heard on February 11, 2008.

The motion was brought pursuant to 18 U.S.C. § 4241. A basis exists to question the Defendant's competency to stand trial, and therefore the request for a psychiatric evaluation will be granted.

IT IS ORDERED:

1. The request for a psychiatric evaluation of the Defendant is granted;

2. The motion to determine mental competency (Filing No. 29) is held in abeyance;

3. The Clerk shall restore the motion to determine the Defendant's mental competency (Filing No. 29) as a pending motion;

4. The Court designates the local evaluator agreed upon by the parties, and defense counsel has represented to the Court that the parties have so agreed;

5.  The evaluator must prepare a psychiatric or psychological report at the conclusion of the evaluation that complies with 18 U.S.C. § 4247(c);

6.  Defense counsel shall deliver (not file) a copy of the report to the Court and opposing counsel immediately upon its receipt; and

7.  Upon receipt of the report by the Court, the Court will promptly schedule a hearing pursuant to 18 U.S.C. § 4247(d) to determine the Defendant's competency to stand trial.

DATED this 28th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge