## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:07CR397** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **DANA ADVIENTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum and order,

IT IS ORDERED:

1.     The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 66);

2.     Upon initial review, the Court summarily dismisses the Defendant's claims raised in the § 2255 motion;

3.     The Defendant's motion for leave to proceed in pauperis (Filing No. 67) is denied as moot; and

4.     The Clerk is directed to mail a copy of this judgment to the Defendant at his last-known address.

DATED this 16th day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge