# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR397 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| DANA ADVIENTO, | ) | |
| Defendant. | ) | |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

Defendant's Motions to Vacate and Correct Sentence under 28 U.S.C. § 2255, ECF Nos. 81 and 84, are denied.

DATED this 23rd day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge